## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**JEFFREY D. SUMMERS**
    Plaintiff(s)

    v.        CIVIL ACTION NO. **15-13358-DJC**

**CITY OF FITCHBURG, ET AL**
    Defendant(s)

### JUDGMENT IN A CIVIL CASE

**CASPER, D.J.**

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by the Court**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants.

                   Robert M. Farrell, Clerk

Dated: June 27, 2018            /s/ Lisa M. Hourihan
                   ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is ____%.

(judgciv.frm - 10/96)                             [jgm.]