UNIT UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:15-cv-13358-DJC

| |
|---|
| JEFFREY D. SUMMERS and JEFFREY'S HOUSE, INC.,<br>　　　　Plaintiffs<br><br>　　v.<br><br>CITY OF FITCHBURG, MARK A. GOLDSTEIN, Individually and in his Official Capacity as Assistant City Solicitor of the City of Fitchburg, JEFFREY P. STEPHENS, Individually and in his Official Capacity as Health Inspector of the City of Fitchburg, JOHN J. MORAN SR., Individually and in his Official Capacity as Building Inspector of the City of Fitchburg, ROBERT LANCIANI, Individually and in his Official Capacity as Building Commissioner of the City of Fitchburg, PHIL JORDAN, SALLY TATA and KEVIN ROY, Individually and in their Official Capacities as Lieutenants and Chief of the City of Fitchburg Fire Prevention Bureau; and Other as Yet Unnamed Officials of the City of Fitchburg, Individually and in their Official Capacity as Officials of the City of Fitchburg,<br>　　　　Defendants. |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE 1ST CIRCUIT**

Jeffery Summers, the plaintiff appeals to the United States Court of Appeals for the 1st Circuit from the final judgment of the district court for the district of Massachusetts entered in this case on June 27, 2018 granting Summary Judgment to the above Defendants.

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

Gregor A. Pagnini, BBO #667659
Judy A. Levenson, BBO #295570
BRODY, HARDOON, PERKINS & KESTEN, LLP
699 Boylston Street
Boston, MA 02116
 (617) 880-7100
gpagnini@bhpklaw.com
jlevenson@bhpklaw.com


Respectfully Submitted
                                                                  978-269-0505 x115

Appellants,                                                  marcus@scottcollinslaw.com
By their attorney,
*/s/ Marcus Scott*
Marcus L. Scott, Esq., BBO# 692433
30 Massachusetts Ave #102
N. Andover, MA 01845
Dated: July 4, 2018

## CERTIFICATE OF SERVICE

     I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

/s/*Marcus L. Scott*
Marcus L. Scott BBO#692433

DATED:  July 4, 2018