# United States Court of Appeals
## For the First Circuit

No. 18-1725

JEFFREY D. SUMMERS and JEFFREY'S HOUSE INC.,

Plaintiffs, Appellants,

v.

CITY OF FITCHBURG ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: October 8, 2019

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marcus L. Scott
Barbara J. Collins-RigordaEva
Judy A. Levenson Coven
Leonard H. Kesten
Deidre Brennan Regan
Gregor A. Pagnini
Julie Elisabeth Green