# United States Court of Appeals
## For the First Circuit

No. 18-1725

JEFFREY D. SUMMERS; JEFFREY'S HOUSE INC.,

Plaintiffs - Appellants,

v.

CITY OF FITCHBURG; MARK A. GOLDSTEIN, individually and in his official capacity as Assistant City Solicitor of the City of Fitchburg; JEFFREY P. STEPHENS, individually and in his official capacity as Health Inspector of the City of Fitchburg; JOHN J. MORAN, SR., individually and in his official capacity as Building Inspector of the City of Fitchburg; ROBERT LANCIANI, individually and in his official capacity as Building Commissioner of the City of Fitchburg; PHIL JORDAN, individually and in his official capacity as Lieutenant of the City of Fitchburg Fire Prevention Bureau; KEVIN ROY, individually and in his official capacity as Chief of the City of Fitchburg Fire Prevention Bureau; SALLY TATA, individually and in her official capacity as Lieutenant of the City of Fitchburg Fire Prevention Bureau,

Defendants - Appellees,

OTHER AS YET UNNAMED OFFICIALS OF THE CITY OF FITCHBERG, individually and in their official capacities as officials of the City of Fitchburg,

Defendants.

**MANDATE**

Entered: October 29, 2019

    In accordance with the judgment of October 8, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Barbara J. Collins-RigordaEva
Julie Elisabeth Green
Leonard H. Kesten
Judy A. Levenson Coven
Gregor A. Pagnini
Deidre Brennan Regan
Marcus L. Scott